# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128044
& (88)
(94)

NARTRON CORPORATION,
      Plaintiff-Appellee and
      Cross Appellant,

v

GENERAL MOTORS CORPORATION,
      Defendant-Appellant and
      Cross Appellee.

SC: 128044
COA: 245942
Wayne CC: 94-421075-CK

_____/

On order of the Court, the application for leave to appeal the January 6, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for peremptory reversal is DENIED as moot.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

11026

Clerk